No. 72. EASTMAN JONES, A MINOR, ETC. *v.* H. O. SEIFFERT ET AL. Error to the Supreme Court of the State of Oklahoma. Submitted November 17, 1921. Decided November 21, 1921. *Per Curiam.* Dismissed for want of jurisdiction. Section 237 of the Judicial Coae, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. W. F. Semple* and *Mr. W. E. Utterback* for plaintiff in error. *Mr. W. Y. Dilley* and *Mr. C. S. Arnold* for defendants in error.

---

No. 362. KRAUSS BROTHERS LUMBER COMPANY *v.* BOARD OF ASSESSORS FOR THE PARISH OF ORLEANS ET AL. Error to the Supreme Court of the State of Louisiana. Motion to dismiss or affirm submitted November 21, 1921. Decided December 5, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk, &c. Ry. Co.,* 228 U. S. 596, 600; *Pennsylvania Hospital* v. *Philadelphia,* 245 U. S. 20, 24. (2) *Brown* v. *Houston,* 114 U. S. 622; *Coe* v. *Errol,* 116 U. S. 517; *American Steel & Wire Co.* v. *Speed,* 192 U. S. 500; *Bacon* v. *Illinois,* 227 U. S. 504, 514. *Mr. Burt W. Henry* for plaintiff in error. *Mr. Harry P. Sneed* and *Mr. J. D. Moore* for defendants in error. [See *post,* 636.]